LEADER A. G. et al., Respondents, v. DOUGLAS CAMPBELL et al., Copartners under the Name of CAMPBELL HARDING GOODWIN & DANFORTH, et al., Defendants, and JAN A. BATA, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Callahan, Breitel and Bastow, JJ. [See *post*, p. 942.]